UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. SANGO,

       Plaintiff,

v.

UNKNOWN WATKINS, et al.,

       Defendants.

                                                /

Case No. 1:15-CV-358

Hon. Gordon J. Quist

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Phillip Green's August 7, 2017, Report and Recommendation recommending that the Court grant Defendants' motion to dismiss for lack of prosecution pursuant to Fed. R. Civ. P. 41(b). The magistrate judge further recommended that the case be dismissed pursuant to Local Rule 41.1 based on Plaintiff's failure to provide the Court his current address. The Report and Recommendation was duly served on the parties on August 7, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the August 7, 2017, Report and Recommendation (ECF No. 74) is **approved and adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss for Lack of Prosecution (ECF No. 72) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) and W.D. Mich. LCivR 41.1

This case is **concluded**. A separate judgment will enter.


Dated: August 24, 2017                                /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE